## THE CITY OF CENTERVILLE V. MILLER.

1. **Municipal Corporations:** ORDINANCE. A city has power under the general incorporation law of the State to pass an ordinance for the punishment by fine, of the keeper of a disorderly house. Following *The City of Centerville v. Miller, ante,* p. 36.

*Appeal from Appanoose District Court.*

WEDNESDAY, DECEMBER 7.

THE defendant was convicted in the Mayor's court of the City of Centerville with having violated ordinance 113 of that city. The ordinance provides among other things that any person who obtains a license or permit to sell ale, wine and beer within the corporate limits of the city, and who shall be charged and convicted of keeping a disorderly house where ale, wine and beer are sold, shall be deemed guilty of a misdemeanor, and be fined in a sum not less than twenty dollars nor more than one hundred dollars. The information charged that the defendant obtained a license or permit to sell ale, wine and beer, within the limits of the city of Centerville and while exercising the rights thereunder did keep a disorderly house wherein he permitted intoxicated persons to congregate and quarrel and fight, and make use of loud, profane and vulgar language, contrary to the provision of the ordinance, 113.

The defendant pleaded not guilty and on trial was found guilty and appealed to the District Court. In the District Court he withdrew the plea of not guilty, and demurred to the information on the ground that the court has no jurisdiction of the offense charged.

The court overruled the demurrer and the defendant electing to stand upon his demurrer, judgment was rendered that the defendant pay a fine of fifty dollars, and in default of payment that he stand committed for fifteen days

at hard labor in the county jail. He now appeals to this court.

*Geo. D Porter*, for appellant.

*Vermillion & Vermillion*, for appellee.

ADAMS, CH. J.—The question as to whether a city or incorporated town, under the general incorporation law of Iowa,

**1. MUNICIPAL corporations: ordinance.** can punish by fine the keeper of a disorderly house was ruled upon in the case of *The City of Centerville v Miller, ante*, page 56. It was held that the city or town had such power. The ordinance in question therefore was valid and the court had jurisdiction of the alleged offense. We think that the demurrer was properly overruled.

AFFIRMED.